Name Eric Smith
Reg. No 84280-053 Unit SHU
United States Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635

KNOXVILLE TN 377
21 JAN 2020 PM 1 L

To. Judge Joanna Seybert
U.S. District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722



RECEIVED
JAN 28 2020
EDNY PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 24 2020 ★
LONG ISLAND OFFICE

Judge Seybert,

1/14/2020

Hello ms. seybert, I sincerely hope when this letter reaches you that all is well wit you, and your family, and please send my regards to mr. baran as well. I received your response from mr. baran dated Jan, 8 and I have to say i'm still disappointed that you refuse to acknowledge my understanding of what's going on, and why i'm being held as surety for this alledged debt that was charged from my account # 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 by the A.U.S.A's or trustee's on this matter/transaction. I never asked for the court to take action, I only asked that the court administer real justice according to the rules, principle's, and precedents of equity, and which follows the forms and procedure of "chancery", and acknowledge my agent when he proceeds to your chambers representing me in a private capacity to reverse, settle, and closure of this matter/transaction. There is more then enough "basis" for the court to honor and respect my wishes to establish, enforce, and exhaust my equitable rights and remedies, but I must assume that the court is still proceeding against me, and my estate trust as a ward of the court, payper, incompetent, and dead legal fiction. When I call you a chancellor ms. seybert, I mean no disrespect whatsoever in doing so, but you know as well as, I do that you are a chancellor which is a "JUDGE" in a court of "chancery". I also realize that it is rather improper of me to keep writing you in this manner, and once again I mean no disrespect or to make a mockery of you or your courtroom. I'm writing this final letter to you in good conscious that we have an unspoken understanding that when the time comes, I will be allowed to reverse, settle, and close this matter privately and without delay

Also, I wish to make a motion to have mr. levitt's counsel terminated "A.S.A.P.", for the reasons that mr. levitt is not familiar wit the laws or principle's of equity, a concurrent remedy or equitable remedy, or how to establish enforce, and exhaust my equitable rights and remedies. Mr. levitt is only knowledgable of matters and remedies "at law" dealing with keeping a controversy going, which isn't "justice" to do what is right or equitable. I've send a notice to mr. levitt as well informing him that his services and counsel are being terminated, and is no longer needed or required. Any transcripts or documents dealing with this matter that mr. levitt may have in his possession, can you direct him to forward those items to me at my current facility. I will be looking for Private Representation and Counsel to reverse and settle this "transaction". Please docket this motion, and have mr. levitt removed from the record immediately. Thank you in advance for your time Judge Seybert, I will be seeing you soon "in camera".

       Sincerely,

       Eric G. Smith, Principal